# TRAVIS A. GAGNIER
ATTORNEY AT LAW
33507 NINTH AVENUE SOUTH, BLDG. F
FEDERAL WAY, WA 98003
**253-941-0234 (Main)**
www.bestbk.com

SEATTLE OFFICE
1420 Fifth Avevue, Suite 2200
Seattle, WA 98101
206-622-0123

SOUTHCENTER OFFICE
14900 Interurban Avenue S., Suite 271
Seattle, WA 98168
253-852-8114

June 21, 2023

Case #: 23-10374
Re: Stephen & Patricia Miller

## Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/23/2023 | TAG | Initial meeting with clients re: foreclosure, filing Chapter 13, options, research prior case that was dismissed in the last year. Discussion re: same w/ clients. | 450.00 | 0.75 | 337.50 |
| 02/15/2023 | JR | Intake meeting with client, going over paperwork, assisting with questions on forms and of clients. Lots of questions, nervous. | 200.00 | 1.20 | 240.00 |
| | JR | Begin preparation of petition, plan and schedules. | 200.00 | 0.40 | 80.00 |
| | JR | Prepared list for client of documents and information we still need from them, deadline for same and instructions on how to get the information to us. | 200.00 | 0.25 | 50.00 |
| | JR | Prepared draft of motion extend stay, declaration therefore. Work on filing. Notes to atty. | 200.00 | 0.80 | 160.00 |
| | TAG | Work on declaration re: extension of stay. Revise after call w/ client re: same. | 450.00 | 0.40 | 180.00 |
| 02/22/2023 | JR | Work on intake, paperwork. Call with client going over every email and documents. | 200.00 | 0.30 | 60.00 |
| 02/23/2023 | TAG | Work on plan, schedules and draft of plan/pmts for review w/ clients. Due to foreclosure, we will file the case on emergency basis. | 450.00 | 0.35 | 157.50 |
| 02/27/2023 | JR | Continued work with clients on pw, questions. Notes to atty for review meeting later today. | 200.00 | 0.30 | 60.00 |
| | TAG | Review of e-petition w/ clients prior to filing, went over plan and questions. Notes to para re: e-filing stopping foreclosure. Clients very nervous on foreclosure, re-file. | 450.00 | 0.40 | 180.00 |
| 02/28/2023 | JR | Work on case, emergency filing, revised/finalized same. | 200.00 | 0.60 | 120.00 |
| | JR | Researched upcoming foreclosure. Notified Quality Loan of filed bankruptcy, called them re: same to stop foreclosure. | 200.00 | 0.70 | 140.00 |
| | JR | Prepared letter to client re: filing case and approximate plan payment amount. Informed client again that we are still needing:<br>1. Bank of America history for your account ending 7729 for the time period of February 4, 2023 through March 1, 2023<br>2. Original 2021 tax returns, signed in blue ink.<br>3. Signed copy of your 2022 tax returns once prepared. | 200.00 | 0.25 | 50.00 |
| | TAG | Review and sign initial letters/instructions to clients RE: payments, court dates. Check status regarding stopping foreclosure. | 450.00 | 0.25 | 112.50 |
| | JR | Prepared letter to client re: 341 meeting with map and other instructions. | 200.00 | | 0.00 |

| Date | Init | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | JR | Work on motion re: stay extension. Prepared motion, order to shorten time due to judge selection, calendars. | 200.00 | 0.50 | 100.00 |
| | TAG | Work on motion to shorten time, motion re: stay extension. | 450.00 | 0.25 | 112.50 |
| 03/01/2023 | JR | Review signed order shortening hearing time. Prepared notice of hearing . | 200.00 | 0.30 | 60.00 |
| 03/06/2023 | JR | Work on trustee information sheet, assembling same for review by attorney prior to upload to trustee. Noted items of interest for TAG to review. | 200.00 | 0.35 | 70.00 |
| 03/13/2023 | JR | Contacted Kenny Whiteside 425-947-2614 the realtor.  Need information to send him and get the listing agreement. | 200.00 | 0.20 | 40.00 |
| | JR | Telephone call with Kenny at Redfin.  He was confused. Email to clients. | 200.00 | 0.20 | 40.00 |
| | JR | Continued work on schedules, plan and statements for filing of the balance of same with court by the deadline. Work w/ CB re: taking over on completion for this one. | 200.00 | 0.40 | 80.00 |
| | CB | Continued work with clients on schedules, plan and statements for review meeting with atty tomorrow. | 200.00 | 1.00 | 200.00 |
| | TAG | Work on schedules, plan, budget for review w/ clients tomorrow. | 450.00 | 0.40 | 180.00 |
| 03/14/2023 | JR | Review of docket for responses. Docketed Declaration of No Objections with the court. Reviewed final order, lodged for entry - order re: extending stay | 200.00 | 0.10 | 20.00 |
| | JR | Telephone call with client re: realtor coming over tomorrow and again explaining he does not need to set people to look at his house, his realtor will do the work. | 200.00 | 0.10 | 20.00 |
| | TAG | Review meeting w/ clients re: plans, schedules and budget. Discussed again re: listing house, etc. | 450.00 | 0.40 | 180.00 |
| 03/15/2023 | JR | Telephone calls with clients re:<br>1. Bank of America history for your account ending 7729 for the time period of February 4, 2023 through March 1, 2023<br>2. Original 2021 tax returns, signed in blue ink.<br>3. Signed copy of your 2022 tax returns | 200.00 | 0.20 | 40.00 |
| | TAG | Revisions to budget, schedules per review yesterday. Notes to para re: finalizing. | 450.00 | 0.35 | 157.50 |
| | CB | Work on case to finalize plan, schedules following review with atty. Instructions to JR re: completion letter details. | 200.00 | 0.50 | 100.00 |
| | TAG | Review and approve TIS | 450.00 | 0.25 | 112.50 |
| | JR | Prepare completion letter and send to client with final plan payment amount, and terms of plan. | 200.00 | 0.25 | 50.00 |
| | JR | Prepare and file declaration of mailing.  Mail notice to all creditors on the mailing matrix. | 200.00 | | 0.00 |
| | TAG | Review of completion notes. Review/sign initial letters/instructions to clients re: payments, court dates and follow-up items. | 450.00 | 0.10 | 45.00 |
| 03/21/2023 | TAG | Work on listing issues, emails w/ agent and clients re: getting listed sooner rather than later. | 450.00 | 0.40 | 180.00 |

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | GJ | Review listing Agreement; review file; draft Motion and Declaration for Order employing real estate broker; draft Order re same; email realtor with instructions. | 450.00 | 0.60 | 270.00 |
| 03/22/2023 | JR | Review IRS proof of claim. Sent signed 2021 & 2022 copies to the IRS to amend the claim. | 200.00 | 0.20 | 40.00 |
| 03/23/2023 | JR | Review amended IRS proof of claim.  All taxes show filed. Respond to client questions re: amended claim. | 200.00 | 0.20 | 40.00 |
| | GJ | Review file; review trustee website; prepare 341 Report. | 450.00 | 0.40 | 180.00 |
| 03/27/2023 | GJ | Review executed real estate broker Declaration; finalize pleadings; email 13 office requesting sign off on Order re Employment of Broker | 450.00 | 0.25 | 112.50 |
| 03/28/2023 | TAG | Meeting with client(s) re: upcoming hearing, questions and issues. Review of 341 report, file and issues prior to meeting. Notes to file, staff re: file prep and f/u items. | 450.00 | 0.30 | 135.00 |
| 03/30/2023 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Portfolio Recovery | 450.00 | 0.10 | 45.00 |
| 03/31/2023 | CB | Work on case, prep and documents for 341 meeting.  Follow up on TIS documents to trustee. | 200.00 | 0.20 | 40.00 |
| 04/01/2023 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Ally Bank- 2 claims | 450.00 | 0.10 | 45.00 |
| 04/03/2023 | TAG | Appear and represent clients at 341 meeting of creditors. Two cases heard on docket plus one continuance. | 450.00 | 0.25 | 112.50 |
| | TAG | Notes to file re: 341 meeting, next steps for confirmation. Emails w/ clients re: listing house, timeline and alternate plan of theirs to have a family member refinance the mortgages. | 450.00 | 0.30 | 135.00 |
| 04/04/2023 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Portfolio Recovery | 450.00 | 0.10 | 45.00 |
| 04/05/2023 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Portfolio Recovery- 2 claims | 450.00 | 0.10 | 45.00 |
| 04/19/2023 | JR | Work on confirmation issues. Prepared response to Nationstar objection to confirmation. | 200.00 | 0.50 | 100.00 |
| | TAG | Work on confirmation issues. Review, revise response to objection to confirmation by Nationstar. | 450.00 | 0.25 | 112.50 |
| 04/21/2023 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Portfolio Recovery 4th claim. | 450.00 | 0.10 | 45.00 |

|            |     |                                                                                                                                                                                                             | Rate   | Hours |        |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|-------|--------|
| 04/24/2023 | TAG | Review of PSA sent by clients. Called them re: same to discuss if they want to go ahead.                                                                                                                     | 450.00 | 0.30  | 135.00 |
| 04/25/2023 | JR  | Review amended IRS proof of claim. All taxes show filed now.                                                                                                                                                 | 200.00 | 0.10  | 20.00  |
|            | TAG | Continued efforts to contact clients re: sale of the property, questions.                                                                                                                                    | 450.00 | 0.20  | 90.00  |
| 04/26/2023 | TAG | Meeting w/ client re: case, paying off w/ recent investor offer, they want to go ahead against legal advise and sell/payoff. Notes to para and GJ re: getting it approved by the court.                      | 450.00 | 0.50  | 225.00 |
|            | GJ  | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Part Tree Investments- secured                                     | 450.00 | 0.10  | 45.00  |
| 04/27/2023 | GJ  | Review file; review Purchase & Sale Agreement; review trustee website; draft Notice of Hearing draft Motion to Sell Real Property and Declaration of Mailing; draft Proposed Order re same; draft client's Declaration in Support of Motion; | 450.00 | 0.60  | 270.00 |
|            | TAG | Work on declaration re: sale, conference w/ GJ re: same. Emails w/ client re: dec and sale progress.                                                                                                         | 450.00 | 0.30  | 135.00 |
| 04/28/2023 | GJ  | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Verizon                                                              | 450.00 | 0.10  | 45.00  |
| 05/01/2023 | TAG | Continued work on confirmation issues, continued everything to 6/7 re: confirmation to match MRFS and sale motion.                                                                                          | 450.00 | 0.25  | 112.50 |
| 05/04/2023 | GJ  | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: US Bank- secured                                                    | 450.00 | 0.10  | 45.00  |
| 05/08/2023 | GJ  | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: King County Treas- secured                                          | 450.00 | 0.10  | 45.00  |
| 05/10/2023 | GJ  | Review file. Evaluate feasibility of plan after passage of bar date; prepare feasibility report.                                                                                                             | 450.00 | 0.20  | 90.00  |
| 05/11/2023 | TAG | Review of feasibility report from GJ. Notes to para on case re: same, f/u items.                                                                                                                             | 450.00 |       | 0.00   |
| 05/26/2023 | JR  | Work on case issues, foreclosure. Prepared response to US Bank's MFRS.                                                                                                                                       | 200.00 | 0.50  | 100.00 |
|            | TAG | Review, finalize response to MRFS.                                                                                                                                                                           | 450.00 | 0.25  | 112.50 |
| 05/30/2023 | TAG | Work on issues w/ sale, continued work on trying to get estimated closing statement for trustee/court where there is no real estate agent involved.                                                          | 450.00 | 0.40  | 180.00 |
| 05/31/2023 | JR  | Review fourth amended IRS proof of claim. All taxes filed                                                                                                                                                    | 200.00 | 0.10  | 20.00  |

|            |     |                                                                                                                                                                                                                 | Rate   | Hours | |
|------------|-----|---|---|---|---|
|            | GJ  | Review Settlement Statement; draft Supplemental Declaration in Support of Sale                                                                                                                                  | 450.00 | 0.25  | 112.50 |
| 06/01/2023 | TAG | Work on issues with sale, getting closing statement, working w/ clients and Ticor re: same, declaration re: estimated statement and other issues. Getting sale over the finish line to pay off secured creditors, resolve MRFS and pay off the case. | 450.00 | 1.25  | 562.50 |
| 06/06/2023 | SH  | Prepared letter to client re: case being confirmed, next steps and advised client to get financial management course completed.                                                                                 | 145.00 |       | 0.00 |
| 06/08/2023 | SH  | LVM re: Trustee has been trying to send routine correspondence and it came back as undeliverable. We need client's updated address so we can update the file/court/trustee.                                     | 145.00 |       | 0.00 |
| 06/13/2023 | SH  | LVM re: Trustee has been trying to send routine correspondence and it came back as undeliverable. We need client's updated address so we can update the file/court/trustee.                                     | 145.00 |       | 0.00 |
|            | SH  | Sent email to Client re: LVM re: Trustee has been trying to send routine correspondence and it came back as undeliverable. We need client's updated address so we can update the file/court/trustee.            | 145.00 |       | 0.00 |
| 06/20/2023 | CB  | Prepare fee itemization from beginning of case to date.  Forward Motion to TAG for review.                                                                                                                      | 200.00 | 0.90  | 180.00 |
| 06/21/2023 | TAG | Review Motion for Original Approval of Professional Fees.  Finalize and return to CB for filing w/ the court.                                                                                                   | 450.00 | 0.40  | 180.00 |
|            |     | For Current Services Rendered                                                                                                                                                                                   |        | 24.05 | 7,922.50 |

Recapitulation

| Title               | Hours | Rate     | Total      |
|---------------------|-------|----------|------------|
| Senior Attorney -TAG | 9.25  | $450.00  | $4,162.50  |
| Of Counsel - GJ     | 3.20  | 450.00   | 1,440.00   |
| Sr. Paralegal       | 11.60 | 200.00   | 2,320.00   |

Expenses

| Date       | Description                                                                                  | Amount |
|------------|----------------------------------------------------------------------------------------------|--------|
| 03/01/2023 | Postage re: full ntc mailings - Motion Extend Stay - 32 units.                               | 20.16  |
| 03/01/2023 | Copies re: full ntc mailings - Motion Extend Stay - 32 units.                                | 12.80  |
| 03/15/2023 | Postage re: full ntc mailings - Chapter 13 Plan and 341 Court Notice - 33 units.             | 20.79  |
| 03/15/2023 | Copies re: full ntc mailings - Chapter 13 Plan and 341 Court Notice - 33 units.              | 13.20  |
| 06/21/2023 | Copies re: full ntc mailings - Motion for Attorney Fees and Costs - 42 units.                | 12.60  |
| 06/21/2023 | Postage re: full ntc mailings - Motion for Attorney Fees and Costs - 42 units.               | 26.46  |
|            | Total Expenses                                                                               | 106.01 |
|            | Total Current Work                                                                           | 8,028.51 |
|            | Balance Due                                                                                  | $8,028.51 |